# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-1219
_____

Kevin Smith

*Plaintiff - Appellant*

v.

Dexter Payne, Director, Arkansas Department of Corrections; Joe Paige, III, Warden, Tucker Unit, Arkansas Department of Corrections; Thomas Hearst, Deputy Warden, Tucker Unit, Arkansas Department of Corrections; Adam Clark, Major, Tucker Unit, Arkansas Department of Corrections

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: November 19, 2025
Filed: November 24, 2025
[Unpublished]
_____

Before SMITH, GRUENDER, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Kevin Smith appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After careful de novo review of the record and the parties' arguments on appeal, we affirm for the reasons stated by the district court. See Malone v. Hinman, 847 F.3d 949, 952 (8th Cir. 2017) (standard of review); 8th Cir. R. 47B.

_____

[1]The Honorable Kristine G. Baker, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas, now retired.